J. DAVID FINGER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 45810.) — Appeal

656

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.